No. 11–556.   VANCE v. BALL STATE UNIVERSITY ET AL.   C. A. 7th Cir.   Certiorari granted.

No. 11–982.   ALREADY, LLC, DBA YUMS v. NIKE, INC.   C. A. 2d Cir.   Certiorari granted.

No. 11–1160.   FEDERAL TRADE COMMISSION v. PHOEBE PUT-NEY HEALTH SYSTEM, INC., ET AL.   C. A. 11th Cir.   Certiorari granted.

No. 11–1231.   SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES v. AUBURN REGIONAL MEDICAL CENTER ET AL.   C. A. D. C. Cir.   Certiorari granted.

No. 11–1285.   US AIRWAYS, INC., FIDUCIARY AND PLAN AD-MINISTRATOR OF THE US AIRWAYS, INC. EMPLOYEE BENEFITS PLAN v. MCCUTCHEN ET AL.   C. A. 3d Cir.   Certiorari granted.

No. 11–338.   DECKER, OREGON STATE FORESTER, ET AL. v. NORTHWEST ENVIRONMENTAL DEFENSE CENTER; and
No. 11–347.   GEORGIA-PACIFIC WEST, INC., ET AL. v. NORTH-WEST ENVIRONMENTAL DEFENSE CENTER.   C. A. 9th Cir.   Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument.   JUSTICE BREYER took no part in the consideration or decision of these petitions.   Reported below: 640 F. 3d 1063.

No. 11–460.   LOS ANGELES COUNTY FLOOD CONTROL DISTRICT v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.   C. A. 9th Cir.   Certiorari granted limited to Question 2 presented by the petition.

No. 11–864.   COMCAST CORP. ET AL. v. BEHREND ET AL. C. A. 3d Cir.   Certiorari granted limited to the following ques-tion: "Whether a district court may certify a class action without resolving whether the plaintiff class has introduced admissible evidence, including expert testimony, to show that the case is susceptible to awarding damages on a class-wide basis."